**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00262-MR**

| | | |
|---|---|---|
| **ERIK ROSS PHILLIPS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **ALBANY INTERNATIONAL CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Reddaway Manufacturing Company, Inc.'s motion for the admission of attorney Vincent R. McGuinness as counsel *pro hac vice.* [Doc. 79]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 79] is **ALLOWED**, and Vincent R. McGuinness is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge