THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00262-MR

| | | |
|---|---|---|
| ERIK ROSS PHILLIPS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| ALBANY INTERNATIONAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant Reddaway Manufacturing Company, Inc.'s motion for the admission of attorney Dexter R. Hamilton as counsel *pro hac vice*. [Doc. 78]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 78] is **ALLOWED**, and Dexter R. Hamilton is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 5, 2014

Martin Reidinger
United States District Judge