# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-cv-00262-MR

| | |
|---|---|
| ERIK ROSS PHILLIPS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALBANY INTERNATIONAL )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Seal Document and for Order to Show Cause How Document was Obtained. [Doc. 121]. Defendant Pneumo Abex LLC ("Abex") has responded to Plaintiffs' motion. [Doc. 123].

Plaintiffs' motion to seal and to show cause relates to Document 112-3 as listed on the Clerk's Docket in this matter. Plaintiffs ask the Court to seal such document and to order Abex to reveal the source that provided Abex such document. Abex does not object to the Court sealing Document 112-3. Further, Abex has indicated in its response the source of Document 112-3. Therefore, the Court concludes Plaintiffs' motion should be allowed in part.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 121] is **GRANTED in part**, and the Clerk is hereby directed to place Document 112-3, as listed on the Clerk's Docket in this matter, under seal herein; and

**IT IS FURTHER ORDERED** that the Plaintiffs' motion [Doc. 121], to the extent that it seeks from Defendant Pneumo Abex LLC information regarding its source of Document 112-3, is **DENIED as moot.**

**IT IS SO ORDERED.**

Signed: April 29, 2015

Martin Reidinger
United States District Judge