IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00262-MR

ERIK ROSS PHILLIPS and )
TINA LANDERS, spouse, )
  )
          Plaintiffs, )
  )
    vs. )          **O R D E R**
  )
PNEUMO ABEX LLC and )
REDDAWAY MANUFACTURING )
CORPORATION, INC., )
  )
          Defendants. )
_____ )

**THIS MATTER** is before the Court pursuant to Plaintiffs' Notice [Doc. 135] regarding the remaining defendants and the caption of this case. It appearing to the Court that the initial caption of this case would be confusing to a jury in this matter, the Court concludes that the caption should be corrected.

**IT IS, THEREFORE, ORDERED,** that the caption of this case is hereby amended as reflected above and all future filings shall incorporate the caption as set forth hereon.

**IT IS SO ORDERED.**    Signed: June 16, 2015

Martin Reidinger
United States District Judge