IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-262-MR

ERIK ROSS PHILLIPS and )
TINA LANDERS, spouse, )
)
              Plaintiffs, )
)
              vs. )              **O R D E R**
)
PNEUMO ABEX LLC and )
REDDAWAY MANUFACTURING )
CORPORATION, INC., )
)
              Defendants. )
_____ )

**THIS MATTER** is before the Court to resolve Defendant Reddaway's objections to Plaintiffs' deposition designations of Raymond Lecki. The Court will sustain Reddaway's objections to the following portions of the deposition of Raymond Lecki that were designated by the Plaintiffs on the grounds asserted by Reddaway, as well as the additional grounds indicated by the Court herein. Reddaway's objections were not filed with the Court, so the objections are attached hereto as an exhibit.

16:25 – 17:5

33:4 – 19

37:3 – 23 (hearsay and Rule 403)

40:21 – 41:9

43:18 – 44:6 (Rule 403)

52:24 – 53:1 (Rule 403)

61:20 – 63:25 (hearsay and Rule 403)

64:1 – 67:14

67:15 – 68:4 (no foundation)

70:18 – 24

77:20 – 23

80:9 – 81:21

83:12 – 85:10

86:9 – 14 (no foundation)

87:1 – 90:12

92:1 – 95:1 (Rule 403)

95:1 – 96:10 (hearsay and speculation)

106:25 – 109:20 (no foundation)

111:7 – 18

112:7 – 15 (speculation)

112:16 – 114:2

114:21 – 115:6 (speculation)

**SO ORDERED**, this 27th day of August, 2015.

Signed: August 27, 2015

Martin Reidinger
United States District Judge