# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-cv-262-MR

| | | |
|---|---|---|
| ERIK ROSS PHILLIPS and TINA LANDERS, spouse, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| PNEUMO ABEX LLC and REDDAWAY MANUFACTURING CORPORATION, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court to resolve Defendant Reddaway's objections to Plaintiffs' deposition designations of Edward Eggert. Reddaway's objections were not filed with the Court, so the objections are attached hereto as an exhibit.

According to the Court's Amended Pretrial Order and Case Management Plan [Doc. 85], the parties were directed to file line and page designations of any depositions that counsel intended to introduce at trial, as well as the objections thereto, in time for such objections to be resolved at the final pretrial conference. [Id., ¶ II.C.(3)]. The parties failed to comply with the Court's Pretrial Order in this regard. While the parties have since filed

their designations and objections, neither party filed a copy of the contested deposition excerpts from Mr. Eggert's deposition. The Court is thus unable to rule on Reddaway's objections. Therefore, the Court will allow only those portions of Mr. Eggert's deposition to which no objection was raised, to be introduced into evidence.

**SO ORDERED**, this 27th day of August, 2015.

Signed: August 27, 2015

Martin Reidinger
United States District Judge