# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-cv-262-MR

| | |
|---|---|
| ERIK ROSS PHILLIPS and TINA LANDERS, spouse, ) ) ) Plaintiffs, ) ) vs. ) ) PNEUMO ABEX LLC and ) REDDAWAY MANUFACTURING ) CORPORATION, INC., ) ) Defendants. ) | **JUDGMENT** |

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1. Did Plaintiff Eric Ross Phillips, in proximity to his work environment, have frequent and regular exposure to an asbestos-containing brake lining product of Defendant(s)?

ANSWER:

    As to Defendant Pneumo Abex LLC: -- YES

    As to Defendant Reddaway Manufacturing Corporation, Inc.: -- YES

2. Was the Plaintiff Erik Ross Phillips injured as a proximate result of any negligence on the part of the Defendant(s) in providing the warnings for the brake lining product at issue?

ANSWER:

    As to Defendant Pneumo Abex LLC: -- YES

    As to Defendant Reddaway Manufacturing Corporation, Inc.: -- NO

3. Did any negligence on the part of some third party serve to be a superseding or intervening cause of any injury on the part of the Plaintiff Erik Ross Phillips?

ANSWER: YES

4. Did some third party alter or modify the Defendants' brake lining product after it left the Defendants' control proximately causing any injury to Plaintiff Erik Ross Phillips?

ANSWER: N/A

5. What amount of damages, if any, is Plaintiff Erik Ross Phillips entitled to recover for his injury as a direct result of the actions of Defendant(s)?

ANSWER:

As to Defendant Pneumo Abex LLC: N/A

As to Defendant Reddaway Manufacturing Corporation, Inc.: N/A

6. What amount of damages, if any, is Plaintiff Tina Landers entitled to recover for her loss of consortium as a direct result of the actions of Defendant(s)?

ANSWER:

As to Defendant Pneumo Abex LLC: N/A

As to Defendant Reddaway Manufacturing Corporation, Inc.: N/A

Based on the foregoing facts as found by the jury, the Court concludes as a matter of law that the Defendants Pneumo Abex LLC, and Reddaway Manufacturing Corporation, Inc., are not liable for the injuries of the Plaintiffs.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs shall have and recover nothing from the Defendants in the form of damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendants shall recover their costs of the action from the Plaintiffs.

**IT IS SO ORDERED.**

Signed: October 2, 2015

_____
Martin Reidinger
United States District Judge